MICHAEL J. BECK, Respondent, *v.* JAMES McLANE, Appellant.

*Beck* v. *McLane,* 129 App. Div. 745, affirmed.
(Argued March 21, 1910; decided April 5, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial depart-ment, entered January 6, 1909, which reversed a judgment of the Erie County Court in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial in an action to recover for an alleged breach of an agreement of indemnity.

*L. P. Hancock* for appellant.

*Medford B. Farrington* and *Michael A. Gearon* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on the ground that there was a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.